UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TIMBERLAND, | No. 2:13-cv-1949 DAD P |
| Plaintiff, | |
| v. | ORDER |
| CLARK J. KELSO et al., | |
| Defendants. | |

By order filed March 7, 2014, plaintiff's complaint was dismissed with leave to file an amended complaint within thirty days. Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: April 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
timb1949.fta

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 4)

1